UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
MARITIME LEGAL AID & ADVOCACY, LTD.,

              Plaintiff,

    - against -

U.S. MARITIME ADMINISTRATION,

              Defendant.
-----------------------------------------------------------

22-cv-4308 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a status report by August 12, 2022. The conference scheduled for August 11, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           July 28, 2022

                                    John G. Koeltl
                              United States District Judge